**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7104**

TAMAR DEVELL HARVEY,

Plaintiff - Appellant,

v.

RALPH R. COLEMAN, Lieutenant; TIMOTHY W. GREEN, Unit Manager of Housing Unit 6; M.A. BAILEY, Senior Warden; GREGORY L. HOLLOWAY, Regional Administrator; DAVID A. ROBINSON, Deputy Director of the Virginia Department of Corrections; CHADWICK DOTSON, Director of the Virginia Department of Corrections; GREENVILLE CORRECTIONAL CENTER, sued jointly and severally, in their individual capacity; L. MAYS; J. HARRIS,

Defendants - Appellees,

and

SERGEANT HOBBS; SERGEANT WOODBURY; E. CLAY, AD Food Service Manager; SERGEANT BARNS; L.H. DELBRIDGE, Grievance Clerk of Housing Unit 7; KITCHEN MANAGER ROBINSON, Food Service; CAPTAIN BAINS; S. TAPP, Grievance Coordinator; GRIEVANCE COORDINATOR PHILLIPS; HEARINGS OFFICER PILGRAM; JANE DOE, Records Department; JANE DOE #2, Records Department; TRACEY S. RAY, Lead Warden; DR. STEVE HERRICK, Health Services Director; K. COSBY, Regional Ombudsman; HAROLD W. CLARKE; VIRGINIA DEPARTMENT OF CORRECTIONS; COMMONWEALTH OF VIRGINIA; J. JONES, Mailroom Supervisor; MAILROOM OFFICIAL  WARREN; RN E. SHAW, Director of Nursing; LPN BAKER; R.S. BONNER, LPN; RN THIGPEN; ARMOR CORRECTIONAL HEALTH SERVICES, ACHS, sued jointly and severally, in their individual capacity; MS. SPATES, Correctional Officer,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:20-cv-00605-MSN-WEF)

Submitted:  July 31, 2024                          Decided:  August 30, 2024

Before AGEE and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tamar Devell Harvey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamar Devell Harvey, a Virginia inmate, appeals the district court's orders granting summary judgment to the Defendants in his 42 U.S.C. § 1983 civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Harvey v. Coleman*, No. 1:20-cv-00605-MSN-WEF (E.D. Va. Mar. 29, 2022, Sept. 29, 2023). We grant Harvey's motion to exceed the page limitations for informal briefs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3